■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD MACKENZIE, Appellant. [865 NYS2d 571]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 29, 1997 (*People v MacKenzie,* 242 AD2d 739 [1997]), affirming a judgment of the Supreme Court, Nassau County, rendered March 16, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Ritter and Florio, JJ., concur.